# Exhibit G

# ABSTRACT OF JUDGMENT

Commonwealth of Virginia    VA. CODE § 8.01-449

Case No. ................................ GV22000416-00

BUCKINGHAM COMBINED COURT - CIVIL

P.O. BOX 127, BUCKINGHAM, VA 23921

DISTRICT COURT NAME AND ADDRESS

AMERICAN HEALTHCARE LLC

FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE)

v.

JENERETTE, MARGARET

FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE)

ADDRESS

119 BRICKYARD DRIVE
DILLWYN, VA 23936

ADDRESS

958 BELLE ROAD
DILLWYN, VA 23936

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | | DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | |
| FULL NAME OF PLAINTIFF(S) | | | FULL NAME OF DEFENDANT(S) | | |
| ADDRESS | | | ADDRESS | | |
| CITY | STATE | ZIP | CITY | STATE | ZIP |
| DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | | DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | |

This is to certify that a judgment was rendered in this court in favor of:

[X] PLAINTIFF(S) against DEFENDANT(S)

[ ] DEFENDANT(S) against PLAINTIFF(S)

[ ] ........................................................... v. ...........................

DOCKETED/RELEASED

JLD # 2023-90 Time: 10:45am

File Date  2/21/23

Buckingham Circuit Court, VA

Justin D. Midkiff, CLERK

BY: _____ D.C.

| DATE OF JUDGMENT | 1/27/2023 |
|---|---|

| $ 9,048.90 | AMOUNT OF JUDGMENT |
|---|---|

| $ | AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST |
|---|---|

HOMESTEAD EXEMPTION WAIVED  [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED

| $ | ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED |
|---|---|

INTEREST RATE(S) AND BEGINNING DATE(S)
18% FROM DOJ

| COSTS | ATTORNEY'S FEES | ATTORNEY |
|---|---|---|
| $ 64.00 | $ | NONE |

OTHER:

I certify the above to be a true abstract of a judgment rendered in this court.

2/14/2023

DATE

[X] CLERK  [ ] JUDGE

FORM DC-465 MASTER 7/07

BUCKINGHAM COMBINED DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above-
named court, authenticate pursuant to VA Code
§ 8.01-391 (C) on this date that the document to
which this authentication is affixed is a true copy of
a record in the above-named court, made in the
performance of my official duties.

_____    _____
Date                     Clerk/Deputy Clerk